251 F.2d 845
 CARGILL, Inc., Libelant-Appellee,
v.
THE Tug FRANK A. LOWERY and Frank A. Lowery,
Claimant-Respondents, THE Tug ELLEN S. BOUCHARD, THE MOTOR
TUG ELLEN S. BOUCHARD, Inc., and Bouchard Transportation
Co., Inc., Claimant-Respondents-Appellants, and Inland
Survey Bureau, Inc., Respondent-Impleaded-Appellee.
 No. 149, Docket 24763.
 United States Court of Appeals Second Circuit.
 Argued Jan. 13, 1958.
Decided Feb. 6, 1958.
 
 Atkins & Weymar, New York City (Horace T. Atkins, New York City, of counsel), for libelant-appellee.
 Krisel, Beck & Taylor, New York City (Roman Beck, New York City, of counsel), and James F. Dalton, Albany, N.Y., for claimant-respondents-appellants.
 Before MEDINA and MOORE, Circuit Judges, and GALSTON, District Judge.
 PER CURIAM.
 
 
 1
 Affirmed on Judge Foley's opinion, filed June 4, 1957.